**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| In re:<br>    Kenneth R Clay<br>    Karen P Clay<br>            Debtor(s) | Case No. 12-27196 |

**CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT**

Glenn Stearns, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 07/09/2012.

2) The plan was confirmed on 11/07/2012.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on 02/14/2014.

4) The trustee filed action to remedy default by the debtor in performance under the plan on  NA .

5) The case was converted on 11/05/2015.

6) Number of months from filing to last payment: 40.

7) Number of months case was pending: 41.

8) Total value of assets abandoned by court order:  NA .

9) Total value of assets exempted: $710,305.00.

10) Amount of unsecured claims discharged without payment: $0.00.

11) All checks distributed by the trustee relating to this case have not cleared the bank.

**UST Form 101-13-FR-S (9/1/2009)**

**Receipts:**

| | |
|---|---:|
| Total paid by or on behalf of the debtor | $55,725.00 |
| Less amount refunded to debtor | $10,296.97 |

**NET RECEIPTS:** $45,428.03

**Expenses of Administration:**

| | |
|---|---:|
| Attorney's Fees Paid Through the Plan | $3,500.00 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $2,131.10 |
| Other | $10.00 |

**TOTAL EXPENSES OF ADMINISTRATION:** $5,641.10

Attorney fees paid and disclosed by debtor:   $0.00

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| ABC CREDIT & RECOVERY | Unsecured | 27.00 | NA | NA | 0.00 | 0.00 |
| ALLIED INTERSTATE | Unsecured | 365.00 | NA | NA | 0.00 | 0.00 |
| AMERICAN MEDICAL COLLECTIONS | Unsecured | 27.39 | NA | NA | 0.00 | 0.00 |
| ASSOCIATED RADIOLOGISTS | Unsecured | 65.00 | NA | NA | 0.00 | 0.00 |
| ATHLETIC & THERAPEUTIC INS | Unsecured | 392.40 | NA | NA | 0.00 | 0.00 |
| BANK OF AMERICA | Secured | 29,984.04 | 5,869.59 | 5,869.59 | 5,869.59 | 0.00 |
| BANK OF AMERICA | Secured | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| CADENCE HEALTH | Unsecured | 73.48 | NA | NA | 0.00 | 0.00 |
| CAPITAL ONE AUTO FINANCE | Unsecured | NA | 162.92 | 162.92 | 36.32 | 0.00 |
| CAPITAL ONE AUTO FINANCE | Secured | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| CAPITAL ONE AUTO FINANCE | Secured | 10,477.00 | 10,477.00 | 10,477.00 | 10,477.00 | 376.35 |
| COLLECTION PROFESSIONALS INC | Unsecured | 245.00 | 245.37 | 245.37 | 212.96 | 0.00 |
| COLLECTION PROFESSIONALS INC | Unsecured | 267.00 | 335.66 | 335.66 | 291.32 | 0.00 |
| COLLECTION PROFESSIONALS INC | Unsecured | 76.00 | 81.57 | 81.57 | 65.62 | 0.00 |
| COLLECTION PROFESSIONALS INC | Unsecured | 43.00 | 126.87 | 126.87 | 102.07 | 0.00 |
| CONVERGENT OUTSOURCING | Unsecured | 244.00 | NA | NA | 0.00 | 0.00 |
| CREDITORS COLLECTION BUREAU | Unsecured | 2,023.11 | NA | NA | 0.00 | 0.00 |
| CREDITORS DISCOUNT & AUDIT | Unsecured | 314.28 | NA | NA | 0.00 | 0.00 |
| CREDITORS DISCOUNT & AUDIT | Unsecured | 390.00 | NA | NA | 0.00 | 0.00 |
| CREDITORS DISCOUNT & AUDIT | Unsecured | 366.00 | NA | NA | 0.00 | 0.00 |
| CREDITORS DISCOUNT & AUDIT | Unsecured | 91.00 | NA | NA | 0.00 | 0.00 |
| CREDITORS PROTECTION SERVICE | Unsecured | 94.00 | NA | NA | 0.00 | 0.00 |
| ENHANCED RECOVERY CORP | Unsecured | 245.00 | NA | NA | 0.00 | 0.00 |
| GE CAPITAL RETAIL BANK | Unsecured | 3,541.00 | NA | NA | 0.00 | 0.00 |
| GE CAPITAL RETAIL BANK | Unsecured | 679.00 | NA | NA | 0.00 | 0.00 |
| HEALTH LAB | Unsecured | 73.48 | NA | NA | 0.00 | 0.00 |

**UST Form 101-13-FR-S (9/1/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| HIGHLAND HOMEOWNERS ASSOCIA | Secured | 250.00 | 250.00 | 250.00 | 120.00 | 0.00 |
| JOLIET RADIOLOGICAL SERVICE | Unsecured | 50.00 | NA | NA | 0.00 | 0.00 |
| KCA FINANCIAL SERVICES | Unsecured | 1,877.45 | NA | NA | 0.00 | 0.00 |
| MEDICAL BUSINESS BUREAU | Unsecured | 60.00 | NA | NA | 0.00 | 0.00 |
| MEDTRONIC MINI MED | Unsecured | 227.23 | NA | NA | 0.00 | 0.00 |
| MIDLAND FUNDING LLC | Unsecured | 0.00 | 835.78 | 835.78 | 725.39 | 0.00 |
| MIRAMED REVENUE GROUP | Unsecured | 395.00 | NA | NA | 0.00 | 0.00 |
| MIRAMED REVENUE GROUP | Unsecured | 315.00 | NA | NA | 0.00 | 0.00 |
| MIRAMED REVENUE GROUP | Unsecured | 291.00 | NA | NA | 0.00 | 0.00 |
| MIRAMED REVENUE GROUP | Unsecured | 172.00 | NA | NA | 0.00 | 0.00 |
| ML MEDICAL BILLING | Unsecured | 220.60 | NA | NA | 0.00 | 0.00 |
| MORRIS HOSPITAL | Unsecured | 230.00 | 802.80 | 802.80 | 696.76 | 0.00 |
| NEAR | Unsecured | 495.00 | NA | NA | 0.00 | 0.00 |
| NORTHWEST COLLECTORS | Unsecured | 444.00 | NA | NA | 0.00 | 0.00 |
| PARKVIEW ORTHOPAEDIC GROUP | Unsecured | 40.00 | NA | NA | 0.00 | 0.00 |
| PORTFOLIO RECOVERY ASSOC | Unsecured | 612.00 | 612.21 | 612.21 | 531.34 | 0.00 |
| PORTFOLIO RECOVERY ASSOC | Unsecured | 610.00 | 579.15 | 579.15 | 502.65 | 0.00 |
| PORTFOLIO RECOVERY ASSOC | Unsecured | 214.00 | 214.78 | 214.78 | 186.41 | 0.00 |
| PROVENA MERCY MEDICAL CENTEI | Unsecured | 800.00 | NA | NA | 0.00 | 0.00 |
| RDK COLLECTION SERVICE | Unsecured | 390.00 | NA | NA | 0.00 | 0.00 |
| RDK COLLECTION SERVICE | Unsecured | 390.00 | NA | NA | 0.00 | 0.00 |
| RIDGE DENTAL | Unsecured | 121.13 | NA | NA | 0.00 | 0.00 |
| SILVER CROSS HOSPITAL | Unsecured | 360.40 | NA | NA | 0.00 | 0.00 |
| ST JAMES ANESTHESIA | Unsecured | 105.60 | NA | NA | 0.00 | 0.00 |
| ST JAMES HOSPITAL | Unsecured | 600.00 | NA | NA | 0.00 | 0.00 |
| STATE COLLECTION SERVICE | Unsecured | 539.00 | 539.17 | 539.17 | 467.96 | 0.00 |
| STATE COLLECTION SERVICE | Unsecured | 476.00 | 476.11 | 476.11 | 413.22 | 0.00 |
| STATE COLLECTION SERVICE | Unsecured | 457.00 | 457.67 | 457.67 | 397.22 | 0.00 |
| STATE COLLECTION SERVICE | Unsecured | 314.00 | 314.95 | 314.95 | 273.35 | 0.00 |
| STATE COLLECTION SERVICE | Unsecured | 159.00 | 159.14 | 159.14 | 138.12 | 0.00 |
| STATE COLLECTION SERVICE | Unsecured | 154.00 | 154.36 | 154.36 | 133.97 | 0.00 |
| STATE COLLECTION SERVICE | Unsecured | 63.00 | 63.46 | 63.46 | 51.06 | 0.00 |
| STATE COLLECTION SERVICE | Unsecured | 441.00 | 38.42 | 38.42 | 33.34 | 0.00 |
| STATE COLLECTION SERVICE | Unsecured | 174.00 | 129.03 | 129.03 | 103.81 | 0.00 |
| STATE COLLECTION SERVICE | Unsecured | 120.00 | 19.23 | 19.23 | 15.47 | 0.00 |
| STELLAR RECOVERY | Unsecured | 207.00 | NA | NA | 0.00 | 0.00 |
| TD AUTO FINANCE LLC | Secured | 11,369.16 | 11,369.16 | 11,369.16 | 11,369.16 | 602.98 |
| TRANSWORLD SYSTEMS INC | Unsecured | 444.80 | NA | NA | 0.00 | 0.00 |
| US DEPARTMENT OF HOUSING & UR | Unsecured | NA | 15,664.08 | 15,664.08 | 5,593.49 | 0.00 |
| VISION FINANCIAL SERVICES | Unsecured | 75.00 | NA | NA | 0.00 | 0.00 |

**UST Form 101-13-FR-S (9/1/2009)**

| **Summary of Disbursements to Creditors:** | Claim Allowed | Principal Paid | Interest Paid |
|---|---:|---:|---:|
| **Secured Payments:** | | | |
|    Mortgage Ongoing | $0.00 | $0.00 | $0.00 |
|    Mortgage Arrearage | $5,869.59 | $5,869.59 | $0.00 |
|    Debt Secured by Vehicle | $21,846.16 | $21,846.16 | $979.33 |
|    All Other Secured | $250.00 | $120.00 | $0.00 |
| **TOTAL SECURED:** | **$27,965.75** | **$27,835.75** | **$979.33** |
| **Priority Unsecured Payments:** | | | |
|    Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
|    Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
|    All Other Priority | $0.00 | $0.00 | $0.00 |
| **TOTAL PRIORITY:** | **$0.00** | **$0.00** | **$0.00** |
| **GENERAL UNSECURED PAYMENTS:** | **$22,012.73** | **$10,971.85** | **$0.00** |

**Disbursements:**

| | |
|---|---:|
| Expenses of Administration | $5,641.10 |
| Disbursements to Creditors | $39,786.93 |
| **TOTAL DISBURSEMENTS:** | **$45,428.03** |

12) The trustee certifies that the foregoing summary is true and complete and all administrative matters for which the trustee is responsible have been completed. The trustee requests that the trustee be discharged and granted such relief as may be just and proper.

Dated: 12/21/2015    By: /s/ Glenn Stearns
                                                   Trustee

**STATEMENT**: This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (9/1/2009)**